ADAMS, J.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID M. CLAPPER, ) | CASE NO. 5:09CV0569 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | ORDER |
| CLARK DEVELOPMENT INC., et al., ) | [RESOLVING DOC. 40] |
| ) | |
| Defendants. ) | |

The within matter came on for a Status Conference on July 16, 2009.

1. The paper discovery cutoff is extended until **August 14, 2009**.

2. The discovery deposition of Karen Clark is limited to one day of four hours.

This action is also before the Court upon the Motion of defendants Karen Clark, Clark Development, Inc. ("CDI"), and Mikar, Ltd. ("Mikar") to Determine Timeliness of Admission Responses or, in the Alternative, to Withdraw and Amend Admissions (Doc. 40). The Court has reviewed the memorandum in support and plaintiff's memorandum in opposition (Doc. 41). For good cause shown, the motion is GRANTED.[1] The May 20, 2009, responses of defendants Karen Clark, CDI, and Mikar to plaintiff's requests for admission and the other discovery requests were timely.

The Clerk of this Court shall send a copy of the within Order by regular mail to Terrell Quincy, #A560882, Mansfield Correctional Institution, P. O. Box 788, 1150 North Main Street, Mansfield, Ohio 44901.

IT IS SO ORDERED.

| | |
|---|---|
| July 24, 2009 | /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |

---

[1] The Court announced its decision to grant the motion at the Status Conference.