# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-4231

_____

Filed: December 22, 2017

DAVID M. CLAPPER

    Plaintiff

and

DAVID BRUNO                                    5:09cv569 - JRA

    Respondent - Appellant

v.

CLARK DEVELOPMENT, INC.

    Defendant

and

HUNTINGTON NATIONAL BANK; JAMES MYERS

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/30/2017 the mandate for this case hereby issues today.  Dismissed and Affirmed

COSTS:  None